UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 28, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS MENDOZA,<br><br>　　　　　Defendant. | Case No.  2:21-MJ-00151-DB-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS MENDOZA , Case No. 2:21-MJ-00151-DB-3  Charge 21 USC § 846, from custody for the following reasons: for the following reasons:

　　　____   Release on Personal Recognizance

　　　  X    Bail Posted in the Sum of $ _____

　　　　　  X    Unsecured Appearance Bond $   25,000 (co-signed)

　　　　　____   Appearance Bond with 10% Deposit

　　　　　____   Appearance Bond with Surety

　　　　　____   Corporate Surety Bail Bond

　　　　　____   (Other):_____.

Issued at Sacramento, California on September 28, 2021 at 2:45 p.m.

Dated:  September 28, 2021

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE