PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>LUIS MENDOZA,<br><br>                          Defendant. | CASE NO.  2:21-MJ-00151-DB<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT AS TO LUIS MENDOZA |

**ORDER**

The United States has moved to dismiss the complaint as to Luis Mendoza, filed September 20, 2021.  The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the complaint against Luis Mendoza is dismissed without prejudice.

SO ORDERED.

Dated: November 16, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING COMPLAINT AS TO LUIS MENDOZA

1